FIRST TEXAS STATE INS. CO. v. PIPE.
(No. 1553.)

(Court of Civil Appeals of Texas. Texarkana. Jan. 13, 1916.)

Costs ⊙⟳260(3)—Appeal—Delay—Damages.
Under Vernon's Sayles' Ann. Civ. St. 1914, art. 1629, and Court of Appeals rule 43 (142 S. W. xiv), plaintiff in error not appearing by brief, and defendant in error filing a brief and suggesting an appeal for delay, and an examination of the record sufficiently showing it to be a case of delay, judgment will be affirmed, with 10 per cent. damages on the amount in dispute.

[Ed. Note.—For other cases, see Costs, Cent. Dig. § 985; Dec. Dig. ⊙⟳260(3).]

Appeal from Fannin County Court; S. F. Leslie, Judge.

Action by John Pipe against the First Texas State Insurance Company. Judgment for plaintiff, and defendant brings error. Affirmed.

Reasonover & Reasonover, of Denison, for plaintiff in error. J. W. Gross, of Bonham, and D. H. Cabeen, of Honey Grove, for defendant in error.

LEVY, J. The suit is upon a life insurance policy, and judgment was entered in favor of defendant in error for the amount of the policy, interest, damages, and attorney's fees. Plaintiff in error does not appear by any brief, and defendant in error files a brief and suggests an appeal for delay. An examination of the record sufficiently shows that it is a case of delay. The judgment is affirmed, and with 10 per cent. damages on the amount in dispute. Rule 43 (142 S. W. xiv); article 1629, Vernon's Sayles' Stat.